# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA and KWANZA EDWARDS,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>SHARON C. OLSON,<br><br>　　　　　　　Defendant. | Case Number 11-cv-05595 NC<br><br>**ORDER TO SHOW CAUSE AND ORDER SETTING HEARING**<br><br>Re: Docket No. 1 |

　　　The United States and IRS officer Kwanza Edwards ("Plaintiffs") submitted a petition under 26 U.S.C. § 7604 to enforce a summons served by the IRS on Sharon Olson. Dkt. No. 1. The Court will hold a hearing on February 22, 2012 at 9:00 a.m., during which Olson must show cause why she should not be required to provide the documents and testimony requested in the summons. By January 25, 2012, Plaintiffs must serve a copy of this order and a copy of the petition on Olson in accordance with Federal Rule of Civil Procedure 4. By February 8, 2012, Olson may submit to the Court a response to the petition in writing, which may be supported by affidavits or declarations in accordance with 28 U.S.C. § 1746. Plaintiffs may file a reply by February 15, 2012.

　　　IT IS SO ORDERED.

DATED: December 15, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Case No. 11-cv-05595 NC
ORDER TO SHOW CAUSE